ACCEPTED
03-15-00088-CV
4801187
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 9:23:30 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00088-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 9:23:30 AM
JEFFREY D. KYLE
Clerk

**GRAYCO TOWN LAKE INVESTMENT 2007 LP,**

Appellant,

v.

**COINMACH CORPORATION**,

Appellee.

Appealed from the County Court at Law No. 1
of Travis County, Texas

**NOTICE OF APPEARANCE**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 6.2, J. Bruce Bennett hereby enters his appearance as co-counsel with R. Kemp Kasling for Coinmach Corporation, the Appellee in the above-referenced appeal.

J. Bruce Bennett requests that a copy of all notices, briefs, motions, orders, and all other papers filed in this case be emailed, mailed, or otherwise delivered to him at the address set forth below.

Respectfully submitted,

KASLING, HEMPHILL, DOLEZAL
& ATWELL, L.L.P.
R. Kemp Kasling
State Bar No. 11104800
301 Congress Avenue, Suite 300
Austin, Texas  78701
Telephone:  (512) 472-6800
Facsimile:  (512) 472-6823
kkasling@khdalaw.com

CARDWELL, HART & BENNETT, L.L.P.
807 Brazos, Suite 1001
Austin, Texas  78701
(512) 322-0011 (Telephone)
(512) 322-0808 (Facsimile)
jbb.chblaw@me.com

By: /s/ J. Bruce Bennett
        J. Bruce Bennett
        State Bar No. 02145500

## CERTIFICATE OF SERVICE

I certify that a true copy of foregoing notice was served by electronic transmission on the following counsel of record on this 8th day of April 2015:

Akilah Craig
Frederick T. Johnson
Cody W. Stafford
DOBROWSKI, LARKIN & JOHNSON, LLP
4601 Washington Avenue, Suite 300
Houston, Texas 77007
ATTORNEY FOR APPELLANT

/s/ J. Bruce Bennett
J. Bruce Bennett

2